# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

|  |  |
|---|---|
| MOONRISE PARTNERS, LLC, a Wyoming Company, | Civil Action No. 2:20-cv-00016-BMM |
| Plaintiff, |  |
| vs. |  |
| MAGGIE ANDERSON, SHELLY THEIMER, JULIE HANNAFORD, JAYSON BREY, TERRY STEWARD, the MADISON ADDITION ARCHITECTURAL COMMITTEE, JOHN OR JANE DOES 1-10, | **ORDER VACATING SCHEDULING ORDER AND ISSUING STAY** |
| Defendants. |  |

**THIS MATTER** comes before the Court upon Plaintiffs' Stipulated Motion for a Ninety (90) Day Stay. The Court having held a status conference and reviewed this matter, finds that the motion should be granted. Accordingly,

**IT IS HEREBY ORDERED** that the Stipulated Motion for a Ninety (90) Day Stay is GRANTED, as follows:

1. All pending dates within the Scheduling Order [ECF 38] are vacated.

2. This matter is stayed until September 24, 2021.

3. Counsel for the parties shall file a joint discovery plan no later than September 10, 2021.

4. Either party may contact the court for a status conference should a need arise.

DATED this 24th day of June 2021.

_____
Brian Morris, Chief District Judge
United States District Court